<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6944**

LARRY SAMUEL JONES, JR.,

                 Plaintiff – Appellant,

     v.

KENNETH STOLLIE, Head Sheriff; MR. HOLCOMB, Captain; MR. DEJESUS, Corporal 95-038; MR. BRYAN, Deputy; MR. BRANNON, Deputy; MR. INMAN, Deputy,

                 Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:13-cv-00219-RAJ-TEM)

Submitted: September 26, 2013    Decided: September 30, 2013

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Samuel Jones, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Jones, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006), for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we deny Jones' motion to appoint counsel and affirm for the reasons stated by the district court. Jones v. Stollie, No. 2:13-cv-00219-RAJ-TEM (E.D. Va. filed May 30, 2013 & entered May 31, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED